IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 11-cv-00960-AP

In Re
EDWARD LEON GORDON and
DORIS JEAN GORDON,

      Debtors.

BANK OF AMERICA, N.A.

      Appellant,

v.

EDWARD LEON GORDON and
DORIS JEAN GORDON,

      Appellees.

---

Civil Action No. 11-cv-01340-AP

STEPHEN LINDSEY PAHS

      Debtor.

SALLY ZEMAN, Standing Chapter 13 Trustee,

      Appellant,

v.

STEPHEN LINDSEY PAHS,

      Appellee.

---

## ORDER OF CONSOLIDATION

Kane, J.

The Joint Motion to Consolidate Appeals (doc. #13), filed June 9, 2011, is **GRANTED**. The above numbered actions are consolidate for the purpose of appeal.

Dated this 15th day of June, 2011.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court