# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 11-cv-00960-AP

In Re:

EDWARD LEON GORDON and
DORIS JEAN GORDON,

      Debtors.                (Bankruptcy Case No. 10-13885-EEB)

BANK OF AMERICA, N.A.

      Appellant,

v.

EDWARD LEON GORDON and
DORIS JEAN GORDON,

      Appellees.

---

Civil Action No. 11-cv-01340-AP

In re:

STEPHEN LINDSEY PAHS,

      Debtor.               (Bankruptcy Case No. 10-15557-EEB)

SALLY ZEMAN, Standing Chapter 13 Trustee,

      Appellant,

v.

STEPHEN LINDSEY PAHS,

      Appellee.

---

## ORDER OF REMAND

---

**Blackburn, J.**

This matter is before me on the order [#49]¹ of the United States Court of

Appeals for the Tenth Circuit filed February 20, 2014, and the mandate [#51] of that

court filed March 14, 2014.  This order of remand complies with the requirements of the

order [#49] of the Tenth Circuit.

On March 27, 2012, I entered an **Order Reversing Judgments** in the above-

captioned case and in a companion case, ***Gordon v. Bank of America***, Civil Action

No. 11-cv-00960-AP.  In its order [#49], the Tenth Circuit dismissed the Gordon appeal

for lack of jurisdiction and concluded that the circumstances of the Gordon case "do not

warrant a remand to permit the district court to consider certifying its earlier order for an

immediate appeal."  *Order* [#49], p. 10.  In the Pahs case, the Tenth Circuit dismissed

the appeal as moot and remanded the Pahs case "to the district court with directions to

vacate that court's decision as it pertains to Pahs, and further to remand this case to

the bankruptcy court with directions to vacate that court's decision addressing Pahs'

modification of the model Chapter 13 plan."  *Order* [#49], p. 10.  I enter this order to

comply with those directives concerning the Pahs case.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the decision and order of this court stated in the **Order Reversing**

**Judgments** [#34] filed March 27, 2012, are **VACATED** to the extent that decision and

order address the issues raised in ***Stephen Lindsey Pahs, Debtor***, Bankruptcy Case

No. 10-15557-EEB, and ***Zeman v. Pahs***, Civil Action No. 11-cv-01340-AP; and

2.  That ***Stephen Lindsey Pahs, Debtor***, Bankruptcy Case No. 10-15557-EEB,

and ***Zeman v. Pahs***, Civil Action No. 11-cv-01340-AP are **REMANDED** to the United

---

¹   "[#49]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

States Bankruptcy Court for the District of Colorado with directions to vacate that court's

decision addressing the modification of the model Chapter 13 plan by the debtor,

Stephen Lindsey Pahs.

Dated July 2, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge

3